AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

FILED
JUN 07 2018
David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| BABAJIDE GBENGA ADEFUSI | ) | H18-0920M |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __06/06/2018__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 1543 | Passport Fraud |

This criminal complaint is based on these facts:

See Attached Affidavit of US Postal Inspector Matthew S. Boyden

☑ Continued on the attached sheet.

*Complainant's signature*

U.S. Postal Inspector Matthew S. Boyden
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/07/2018__

*Judge's signature*

City and state: __Houston, Texas__    U.S. Magistrate Judge Christina A. Bryan
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. Affiant, United States Postal Inspector Matthew S. Boyden, has been employed by the U.S. Postal Inspection Service since January 2000. Affiant is currently assigned to the Major Fraud team in Houston, Texas. Prior to that, Affiant served as a lieutenant of police for a municipal police department in Texas. Affiant has served in the U.S. Air Force as a Law Enforcement Specialist and criminal investigator for the Air Force Office of Special Investigations. Affiant has received specialized training in numerous Postal crimes, but primarily those involving "identity theft" and mail fraud related offenses. Affiant has attended training in the areas of check fraud, credit card fraud, and identity takeover schemes. Affiant has investigated hundreds of cases involving fraud, identity theft, and related "white collar" types of offenses. Affiant is authorized to obtain and execute Federal Arrest and Search Warrants. This Affidavit is made in support of a criminal complaint filed against **BABAJIDE GBENGA ADEFUSI**.

2. The information set forth in this Affidavit is based upon your Affiant's personal knowledge and/or information provided to Affiant by other law enforcement agents and officers, witnesses, bank investigators, and cooperating individuals Affiant believes to be reliable and credible. Because this Affidavit is being submitted for the limited purpose of supporting a criminal complaint, Affiant has not included each and every fact concerning this investigation. Affiant has set forth only the facts believed to establish probable cause that **BABAJIDE GBENGA ADEFUSI** has committed violations of federal law.

3. For the past year, Affiant has been investigating numerous Business E-mail Compromise (BEC) complaints. The FBI defines BEC fraud as a sophisticated fraud scam targeting businesses and individuals that regularly perform wire transfer payments. The scam is carried out by compromising legitimate business e-mail accounts through social engineering or computer intrusion techniques to conduct unauthorized transfers of funds. Most victims report using wire transfers as a common method of transferring funds for business purposes; however, some victims report using checks as a common method of payment. The fraudsters will use the method most commonly associated with their victim's normal business practices. Affiant has identified numerous bank accounts opened with counterfeit passports in and around

1

Houston that are being funded with fraudulent BEC wire transfers. All of these wires involve the use of interstate wire communications facilities. Several of the fraudulent accounts are also used to receive funds from victims of other types of fraud (romance fraud, check fraud, internet sales fraud, and check fraud). The counterfeit passports are used in an attempt to conceal the true identity of the individual opening the bank accounts.

4. On 06/06/18, Houston Police Department (HPD) responded to a forgery in progress call at the Bank of America located at 1905 W. Gray St., Houston, Harris County, Texas. Bank personnel called police to report that an individual (later identified as **BABAJIDE GBENGA ADEFUSI**) was inside their bank with a foreign passport. Bank personnel remembered the same individual had previously been in their branch using a different passport in a different name.

5. As HPD was arriving, **ADEFUSI** left the bank and was encountered in front of the bank. When he saw officers, he began running away. After a lengthy pursuit **ADEFUSI** was captured and arrested. The vehicle was also towed from the scene. During a search of **ADEFUSI**'s person and vehicle, officers recovered three passports.

6. **ADEFUSI** was found to be in possession of numerous bank cards in different names. He was also in possession of a French passport in the name Patrick Wiltord, a French passport in the name Christopher Walker, and a South African passport in the name Jonathan Caldwell. **ADEFUSI** was also in possession of a loaded .9mm Beretta semi-automatic firearm.

7. Affiant has obtained and reviewed records and documents which show that these three passports were used to open bank accounts and receive money stolen from victims of various fraud schemes. Affiant identified in excess of $200,000 in fraudulent deposits through these bank accounts.

8. Affiant provided Special Agent Katherine Langston, Department of State, Diplomatic Security Service, with copies of the passports seized during the arrest of **ADEFUSI**. Diplomatic Security agents in the United States and overseas investigate passport and visa fraud. As the Department of State's law enforcement and security arm, the Bureau of Diplomatic Security is

charged with ensuring the integrity of U.S. travel documents. SA Langston reviewed copies of the passports and advised Affiant they were legitimate or valid passports. There are no records in any United States database regarding these passports, any U.S. visas issued for these names/passports, and no entry/exit records into the United States.

9. Based upon the above, the undersigned believes there is probable cause to believe that **BABAJIDE GBENGA ADEFUSI** has committed crimes in violation of Title 18, United States Code, Sections 1543 (Passport Fraud).

_____
Matthew S. Boyden
United States Postal Inspector

Sworn and Subscribed to me this 7th day of June, 2018, and I find probable cause.

_____
Christina A. Bryan
United States Magistrate Judge
Southern District of Texas

3